UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DEVIN HAMDEN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 7:12-cv-00003-JCT |
| | ) |
| TOTAL CAR FRANCHISING | ) |
| CORP. d/b/a Colors on | ) |
| Parade | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO DISMISS THE COMPLAINT
OR STAY LITIGATION AND COMPEL ARBITRATION**

Defendant Total Car Franchising d/b/a Colors on Parade ("Defendant"), by counsel, hereby moves the Court to stay litigation and compel arbitration pursuant to § 4 of the Federal Arbitration Act ("FAA"), 9 U.S.C. § 4. The reasons in support of this motion are set forth more fully in the accompanying memorandum.

{#1489650-1, 113325-00001-01}

Respectfully submitted,

WOODS ROGERS PLC


/s/   Thomas M. Winn, III
Thomas M. Winn, III (VSB # 35758)
Wachovia Tower, Suite 1400
10 South Jefferson Street
Post Office Box 14125
Roanoke, Virginia  24038-4125
Telephone No. (540) 983-7600
Facsimile No. (540) 983-7711

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January, 2012, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and that a true and accurate copy of the foregoing was sent via the CM/ECF system to the following participants:

>T. Daniel Frith, III, Esq.
>Lauren M. Ellerman, Esq.
>FRITH & ELLERMAN, PC
>P.O. Box 8248
>Roanoke, VA 24014
>Telephone: (540) 985-0098
>Facsimile: (540) 985-9108
>lellerman@frithlawfirm.com

/s/ Thomas M. Winn, III