UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **DEVIN HAMDEN** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 7:12-cv-00003-JCT |
| | ) |
| **TOTAL CAR FRANCHISING** | ) |
| **CORP. d/b/a Colors on** | ) |
| **Parade** | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Frank H. Hupfl, III of the law firm of Woods Rogers PLC hereby makes a general appearance on behalf of Defendant Total Car Franchising Corporation d/b/a Colors on Parade. A request is made that this information be entered in the record of this matter.

Respectfully submitted,

WOODS ROGERS PLC

/s/ Frank H. Hupfl, III
Thomas M. Winn, III (VSB #35758)
Frank H. Hupfl, III (VSB #82972)
WOODS ROGERS PLC
Wells Fargo Tower, Suite 1400
10 South Jefferson Street
Roanoke, VA 24011
Telephone (540) 983-7600
Facsimile (540) 983-7611

Counsel for Defendant

{#1497177-1, 113325-00001-01}

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March, 2012, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and that a true and accurate copy of the foregoing was sent via the CM/ECF system to the following participants:

>T. Daniel Frith, III, Esq.
>Lauren M. Ellerman, Esq.
>Robert E. Dean, II, Esq.
>FRITH & ELLERMAN, PC
>P.O. Box 8248
>Roanoke, VA 24014
>Telephone: (540) 985-0098
>Facsimile: (540) 985-9108
>lellerman@frithlawfirm.com

/s/  Frank H. Hupfl, III

{#1497177-1, 113325-00001-01}