

Lellerman@frithlawfirm.com
540.985.0098

P.O. Box 8248  Roanoke, VA 24014  |  303 Washington Avenue, sw Roanoke, VA 24016  |  www.frithlawfirm.com  |  Facsimile: 540.985.9198

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 1 8 2012

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

June 15, 2012

Mr. Thomas Winn, Esq.
Woods Rogers
Wachovia Tower, Suite 1400
10 S Jefferson St.
Roanoke VA 24038-4125

Re:   Devin Hamden v. Total Care Franchising Corporation

Dear Tom:

Please find enclosed Plaintiff's Executed Answers and Responses to Defendant's Interrogatories and Requests for Production of Documents.

Very truly yours,

Lauren M. Ellerman

LME/mas
Enclosures
cc:   Julia C. Dudley, Clerk (w/o encl.)