

# Frith&Ellerman
### LAW FIRM, PC

Lellerman@frithlawfirm.com
540.985.0098

P.O. Box 8248  Roanoke, VA 24014  |  303 Washington Avenue, sw Roanoke, VA 24016  |  www.frithlawfirm.com  |  Facsimile: 540.985.9198

June 18, 2012

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 19 2012

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

Mr. Thomas Winn, Esq.
Woods Rogers
Wachovia Tower, Suite 1400
10 S Jefferson St.
Roanoke  VA  24038-4125

<u>VIA USMAIL AND FACSIMILE: (540) 983-7711</u>

7:12-CV-00003

     Re:    <u>Devin Hamden v. Total Care Franchising Corporation</u>

Dear Tom:

    Please find enclosed Plaintiff's Interrogatories and Requests for Production of Documents to Defendant Total Car.

    Very truly yours,

Lauren M. Ellerman

LME/mas
Enclosures
cc:    Julia C. Dudley, Clerk (w/o encl.)

**RECEIVED**

JUN 1 9 2012

USDC Clerk's Office
Mail Room