

Frith & Ellerman
LAW FIRM, PC

dfrith@frithlawfirm.com
540.985.0098

P.O. Box 8248 Roanoke, VA 24014 | 303 Washington Avenue, SW Roanoke, VA 24016 | www.frithlawfirm.com | Facsimile: 540.985.9198

June 29, 2012

Honorable Judge Turk
Western District Federal Court
P.O. Box 1234
Roanoke, VA 24006

<u>VIA USMAIL and CM / ECF filing system</u>

    Re:    Devin Hamden v. Total Car Franchising Corporation
             <u>Civil Action No. 7:12-CV-3</u>

Dear Judge Turk:

    Counsel for the plaintiff and counsel for the defendant have agreed to the following briefing schedule in the above matter.

    HEARING on Declaratory Judgment: July 13, 2012

    Plaintiff's brief in support of Declaratory Judgment: July 18, 2012

    Defendant's brief in opposition: July 27, 2012

    Plaintiff's reply brief: August 3, 2012

    Please let me know if you have any questions about these agreed dates.

                                      Very truly yours,

                                      Lauren M. Ellerman

LME
cc: Tom Winn, Esq.