UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DEVIN HAMDEN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 7:12-cv-00003-JCT |
| ) | |
| TOTAL CAR FRANCHISING ) | |
| CORP. d/b/a Colors on ) | |
| Parade ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Total Car Franchising Corporation d/b/a Colors on Parade, by counsel, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, hereby gives notice of its appeal to the United States Court of Appeals for the Fourth Circuit from the Final Order of this Court entered on August 7, 2012.

Respectfully submitted,

WOODS ROGERS PLC

　　　　/s/ Thomas M. Winn, III
Thomas M. Winn, III (VSB # 35758)
Frank H. Hupfl, III (VSB # 82972)
Wells Fargo Tower, Suite 1400
10 South Jefferson Street
Roanoke, Virginia  24011
Telephone No. (540) 983-7600
Facsimile No. (540) 983-7711

Counsel for Defendant - Appellant

# CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September, 2012, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and that a true and accurate copy of the foregoing was sent via the CM/ECF system to the following participants:

        Lauren M. Ellerman, Esq.
        FRITH & ELLERMAN, PC
        303 Washington Ave, SW
        Roanoke, VA 24016
        Telephone: (540) 985-0098
        Facsimile: (540) 985-9108
        lellerman@frithlawfirm.com

        Counsel for Plaintiff - Appellee

        /s/ Thomas M. Winn, III

2
{#1552825-1, 113325-00001-01}
Case 7:12-cv-00003-JCT   Document 40   Filed 09/05/12   Page 2 of 2   Pageid#: 403