FILED: September 6, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-2085

(7:12-cv-00003-JCT)

_____

DEVIN HAMDEN

       Plaintiff - Appellee

v.

TOTAL CAR FRANCHISING CORPORATION

       Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of Virginia at Roanoke |
| Originating Court Case Number | 7:12-cv-00003-JCT |
| Date notice of appeal filed in originating court | 09/05/2012 |
| Appellant(s) | Total Car Franchising Corp |
| Appellate Case Number | 12-2085 |
| Case Manager | Donna Lett<br>804-916-2704 |